```
 1
 2
 3
 4
 5                    IN THE UNITED STATES DISTRICT COURT
 6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 7
 8  RICHARD L. RIVERA,                    No. C 09-00266 CW (PR)
 9            Plaintiff,                  ORDER OF DISMISSAL WITHOUT
10       v.                               PREJUDICE
11  COUNTY OF SANTA CLARA, et al.,
12            Defendants.
                                     /
13
```

    Plaintiff, a state prisoner, filed the present <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983. He also filed an <u>in forma pauperis</u> (IFP) application; however, he did not file copies of his certificate of funds and prisoner trust account statement.

    On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his IFP application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Clerk sent Plaintiff a blank prisoner IFP application and told him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action.

    Plaintiff filed a notice of a change of address, stating: "as of 1/19/09, my new address will be 1046 Carlton Ave., Stockton, CA 95203." (Pl.'s Notice at 1.)

1    On February 12, 2009, the Clerk sent Plaintiff another notice
2 informing him that his action could not go forward until he paid
3 the filing fee or filed a non-prisoner IFP application.  The Clerk
4 sent Plaintiff a blank non-prisoner IFP application and told him
5 that he must pay the fee or return the completed application within
6 thirty days or his action would be dismissed.
7    More than thirty days have passed and Plaintiff has not paid
8 the fee or submitted a completed non-prisoner IFP application.
9    Accordingly, this action is DISMISSED WITHOUT PREJUDICE.
10 Plaintiff's previously filed IFP application is DENIED as
11 incomplete.  The Clerk of the Court shall close the file.
12    IT IS SO ORDERED.
13 Dated:  6/23/09
            *(signature)*
14                                CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD L. RIVERA,

        Plaintiff,

  v.

SANTA CLARA COUNTY OF et al,

        Defendant.

Case Number: CV09-00266 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard L. Rivera
1046 Carlton Avenue
Stockton, CA 95203

Dated: June 23, 2009

                           Richard W. Wieking, Clerk
                           By: Sheilah Cahill, Deputy Clerk